# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00786-CV

**John Byram, Individually, and as Independent Executor of the Estate of
Sally Anne Dillingham Byram, Deceased; and Sam Perry and Gary Ackers
as Co-Trustees of the Byram Marital Trust, Appellants**

**v.**

**Maryanna Brooke Byram Davenport, Individually and as Next Friend for
Charlotte Sally Davenport and Chloe Christina Davenport, Minors, and Derivatively on
Behalf of The Sally Anne Dillingham Byram Marital Trust; et al., Appellee**

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-10-001710, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to abate this appeal, explaining that they are close to concluding a settlement of the underlying dispute. They request an abatement of sixty days in order to finalize their settlement. We grant the motion, and abate this appeal until June 27, 2011.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   April 28, 2011